DIV "B"

| | | |
|---|---|---|
| LEKIA HENDERSON & KEVIN HENDERSON | NUMBER: | 72565 |

VERSUS

2011 APR - 1  P 3: 50

PROCTOR & GAMBLE MANUFACTURING, Individually And d/b/a CLAIROL, INC., PROCTOR & GAMBLE DISTRIBUTING, LLC., Individually and d/b/a CLAIROL, INC. RISK ENTERPRISE MANAGEMENT LIMITED and FAMILY DOLLAR STORES OF LOUISIANA, INC.

42nd JUDICIAL DISTRICT COURT

DESOTO PARISH, LOUISIANA

---

## PETITION FOR DAMAGES

The petition of LEKIA HENDERSON, and KEVIN HENDERSON, husband and wife, both persons of the full age of majority, domiciled in the Parish of Desoto, State of Louisiana, respectfully represents the following:

1.

Made defendants herein:

A. **PROCTOR & GAMBLE MANUFACTURING**, individually and d/b/a CLAIROL, INC., a foreign corporation with its principal place of business in the State of Ohio; CT CORPORATION SYSTEM, 5615 Corporate Blvd., Suite 400B Baton Rouge, LA 70808, as its agent upon whom citation and service are to be made;

B. **PROCTOR & GAMBLE DISTRIBUTING, LLC.**, individually and d/b/a CLAIROL, INC., a foreign corporation with its principal place of business in the State of Ohio; CT CORPORATION SYSTEM, 5615 Corporate Blvd., Suite 400B Baton Rouge, LA 70808, as its agent upon whom citation and service are to be made;

C. **RISK ENTERPRISE MANAGEMENT LIMITED.**, a foreign insurance company authorized to do and doing business in the State of Louisiana, liability insurance carriers for PROCTOR & GAMBLE DISTRIBUTING and PROCTOR & GAMBLE MANUFACTURING; CORPORATION SERVICE COMPANY, 320 Somerulous St., Baton Rouge, LA 70802-6129, as its agent upon whom citation and service are to be made;

D. **FAMILY DOLLAR STORES OF LOUISIANA, INC.**, a corporation authorized to do and doing business in the state of Louisiana; CT CORPORATION SYSTEM, 5615 Corporate Blvd., Suite 400-B, Baton Rouge, Louisiana 70808, as its agent upon whom citation and service are to be made.

2.

On April 9, 2010, and for some time prior and subsequent thereto, the Defendants, PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC., and PROCTOR & GAMBLE DISTRIBUTING, LLC., individually and d/b/a CLAIROL, INC., were engaged in the manufacturing, processing, distribution and sale

DIV "B"

of hair coloring products to the general public, including "CLAIROL BALSAM COLOR, #12 NATURAL BLACK."

3.

Upon information and belief, on April 9, 2010, and for some time prior and subsequent thereto, the Defendant, FAMILY DOLLAR STORES OF LOUISIANA, INC., was a tenant pursuant to a lease and/or owned operated, managed, maintained, controlled and/or possessed property commonly known as 625 Main Street in the City of Logansport and State of Louisiana.

4.

On April 9, 2010, FAMILY DOLLAR STORES OF LOUISIANA, INC., sold hair coloring products, namely, "CLAIROL BALSAM COLOR, #12 NATURAL BLACK," to members of the general public.

5.

On the aforementioned date, the Petitioner, LEKIA HENDERSON, purchased "CLAIROL BALSAM COLOR, #12 NATURAL BLACK," a hair coloring product manufactured, processed and/or distributed by PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC., and PROCTOR & GAMBLE DISTRIBUTING, LLC., individually and d/b/a CLAIROL, INC., from the aforementioned FAMILY DOLLAR STORES, OF LOUISIANA, INC., located at 625 Main Street in the City of Logansport and State of Louisiana.

6.

Petitioner, LEKIA HENDERSON, applied the application to her hair and scalp. The following day, Saturday, April 10, 2010, Petitioner began to experience an uncontrollable itching of her scalp. Petitioner attempted to obtain relief by washing her hair.

7.

On Sunday morning, April 11, 2010, Petitioner, LEKIA HENDERSON, experienced more itching to her scalp and noticed swelling on the left side of her face, along with a rash on the same side her face as the swelling. As a result of this severe reaction, Petitioner, LEKIA HENDERSON, sought treatment at Willis-Knighton Pierremont Urgent Care. She was advised by the treating physician that her problems

were caused by an allergic reaction, and she was given a Kenalog shot. After receiving this treatment, Mrs. Henderson returned home.

8.

After returning home, that night, Petitioner, **LEKIA HENDERSON**, noticed that her face continued to swell even more, and she noticed a nodular rash behind her ear. Her left eye had also swollen completely shut.

9.

On April 12, 2010, Petitioner, **LEKIA HENDERSON**, traveled to the Willis-Knighton South emergency room to be treated. Here, she was treated with pepcid, steroids, benadryl and a medrol dosepak. However, after returning home, the facial swelling of Mrs. Henderson continued to worsen and both of her eyes were swollen shut.

10.

On the morning of Tuesday April 13, 2010, Petitioner, **LEKIA HENDERSON**, experienced swelling in her throat and chin, which resulted in her being evaluated by her primary care physician, Dr. Sharon Mercer. After this visit, she was admitted to Christus Shumpert Highland, upon her recommendation.

11.

Petitioner, **LEKIA HENDERSON**, was hospitalized at Christus Shumpert Highland for a total of three days and was diagnosed, by the treating physician, Dr. Willard Washburn, with allergic reaction to para-phenylenediame (PPD), Angidema and contact dermatitis. Mrs. Henderson was then treated with Solu-medrol, Zyrtec, Claritin, Bendaryl, Pepcid and Prednisone.

12.

As a result of this accident, Mrs. Henderson was forced to undergo, and is still undergoing medical treatment, and has suffered and will continue to suffer restrictions and limitations on her activities. Follow-up treatment revealed a subsequent development of Asthma, a condition, which Mrs. Henderson has no history of, and never experienced until this incident.

13.

Petitioner, **LEKIA HENDERSON**, has acquired a substantial amount of medical bills and has also been required to miss time from work, resulting in economic loss, which will be proven with particularity at trial.

14.

Petitioner, **LEKIA HENDERSON**, avers that the chemical, para-phenylenediame or "PPD" contained in "CLAIROL BALSAM COLOR, #12 NATURAL BLACK," was the direct and proximate cause of her suffering from temporary facial disfigurement, shortness of breath, difficulty swallowing, hives, rashes, itching, loss of confidence, and her subsequent development of asthma. Petitioner's injuries were so severe as to gain the attention of local news media.

15.

Petitioner avers that the Defendant, **PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC.,** negligently manufactured the product in question and failed to provide adequate warnings on the packaging of its product, "CLAIROL BALSAM COLOR, #12 NATURAL BLACK," as to alert the general public of the dangerous chemical para-phenylenediame or "PPD" contained therein, and the potential hazards associated with the use of this chemical. Defendant is liable unto Petitioner under the Louisiana Products Liability act (LPLA), as provided in La R.S. 9:2800.51 et seq.; for the following acts, including but not limited to:

        a.) Manufacturing "CLAIROL BALSAM COLOR, #12 NATURAL BLACK," in a manner which renders the product unreasonably dangerous in design;

        b.) Failing to provide an adequate warning of the dangers of the chemicals contained in "CLAIROL BALSAM COLOR, #12 NATURAL BLACK," namely para-phenylenediame "PPD."

16.

Petitioner further avers **PROCTOR & GAMBLE DISTRIBUTING, LLC., individually and d/b/a CLAIROL, INC.,** are guilty of the following non-exclusive acts of negligence, to-wit:

        a.) Carelessly and negligently placing into the stream of commerce a product containing the dangerous chemical para-phenylenediame or "PPD";

b.) Knowing, or should have known, that said hair coloring product containing para-phenylenediame or "PPD" could cause substantial damage;

c.) Distributing a product that lacks merchantability;

d.) Otherwise carelessly and negligently distributing said hair coloring product;

e.) Failure to ensure that the product was fit for its intended use;

f.) Distributing a product that was unreasonably dangerous into the stream of commerce.

17.

At all times relevant hereto, **RISK ENTERPRISE MANAGEMENT LIMITED** issued to **PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC.,** and **PROCTOR & GAMBLE DISTRIBUTING, LLC.,** individually and d/b/a **CLAIROL, INC.,** and maintained in full force and effect, a policy of liability insurance, which provided coverage for the claims set forth in these proceedings by Petitioners. As a result thereof, **RISK ENTERPRISE MANAGEMENT LIMITED,** is liable along with **PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC.,** and **PROCTOR & GAMBLE DISTRIBUTING, LLC., individually and d/b/a CLAIROL, INC.,** *in solido,* to Petitioners for all claims set forth in these proceedings.

18.

Additionally, defendant, **FAMILY DOLLAR STORES OF LOUISIANA, INC.,** made to Petitioner, **LEKIA HENDERSON,** an implied warranty of merchantability under the law of Louisiana that "CLAIROL BALSAM COLOR #12 NATURAL BLACK," was merchantable and fit for use as a hair coloring product for members of the public, including the Petitioner. At the time of purchase, Petitioner, **LEKIA HENDERSON,** relied upon the aforementioned Implied Warranty and purchased the aforementioned hair coloring product from the Defendant, **FAMILY DOLLAR STORES, OF LOUISIANA INC.** Petitioner also relied on the warranty at the time of the usage of said hair coloring product. Defendant, **FAMILY DOLLAR STORES, OF LOUISIANA, INC.,** breached the implied warranty of merchantability under the law of

the State of Louisiana by selling "CLAIROL BALSAM COLOR #12 NATURAL BLACK."

19.

Petitioner, LEKIA HENDERSON, avers that her injuries were a direct and proximate result of the aforementioned acts committed by the Defendants. As such, Defendants should be held jointly, severally and in solido, for the following damages suffered by Petitioner:

a) Pain and suffering;
b) Mental anguish;
c) Emotional distress
d) Medical expenses;
e) Future medical expenses
f) Loss wages;
g) Loss of enjoyment of life;
h) Discomfort; and
i) Severe medical complications.

20.

As a result of the injuries sustained by his wife, KEVIN HENDERSON, has sustained the loss of consortium, society, companionship and services, entitling him to sue in his own right for those damages.

21.

Petitioners LEKIA HENDERSON and KEVIN HENDERSON are entitled to all reasonable damages, general and special from the Defendants for their injuries.

22.

WHEREFORE, PETITIONERS LEKIA HENDERSON, and KEVIN HENDERSON pray that the Defendants be served with a copy of this Petition and the attached discovery, and ordered to answer same within the delays allowed by law; that after all legal delays and due proceedings had, there be judgment in favor of Petitioners and against the Defendants PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC., PROCTOR & GAMBLE DISTRIBUTING, LLC.,individually and d/b/a CLAIROL, INC., RISK ENTERPRISE MANAGEMENT LIMITED., and FAMILY DOLLAR STORES OF LOUISIANA, INC., jointly, severally and in solido, for all damages and awards proper; that the Defendants be taxed with all costs of these proceedings, expert witness fees and court reporter costs, together with judicial interest from demand until paid; and all other general and equitable relief to which petitioners may be entitled.

Respectfully Submitted,

JACQUELINE SCOTT & ASSOCIATES, APLC

BY: _____
SUMMER BLUFORD
LBRN:31051
401 Hamilton Road, Suite 110
Bossier City, LA  71111
(318) 746-5997
(318) 746-5998
Attorney for LEKIA HENDRSON

SINGLETON LAW FIRM, LLC.

BY: _____
CHRISTOPHER L. SICES
LABRN: 32049
4050 Linwood Ave
Shreveport, La 71108
(318) 631-5200
(318) 636-7759 (fax)

**PLEASE SERVE THE FOLLOWING COMPANIES VIA THEIR REGERISTERED AGENTS:**

1) **PROCTOR & GAMBLE MANUFACTURING,**
   **Individually and d/b/a CLAIROL, INC.,**
   Registered agent:
   CT CORPORATION SYSTEM,
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

2) **PROCTOR & GAMBLE DISTRIBUTING, LLC.,**
   **Individually and d/b/a CLAIROL, INC.,**
   Registered agent:
   CT CORPORATION SYSTEM,
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

3) **RISK ENTERPRISE MANAGEMENT LIMITED.,**
   Registered agent:
   CORPORATION SERVICE COMPANY,
   320 Somerulous St.,
   Baton Rouge, LA 70802-6129

4) **FAMILY DOLLAR STORES OF LOUISIANA, INC.,**
   Registered agent:
   CT Corporation System,
   5615 Corporation Blvd., Suite 400-B,
   Baton Rouge, Louisiana 70808.

LEKIA HENDERSON &
KEVIN HENDERSON

NUMBER: 72505

RECEIVED & FILED
DESOTO PARISH, LA

VERSUS

· 2011 APR -5  A 10. 45

PROCTOR & GAMBLE
MANUFACTURING, Individually
And d/b/a CLAIROL, INC., PROCTOR
& GAMBLE DISTRIBUTING, LLC.,
individually and d/b/a CLAIROL, INC.
RISK ENTERPRISE MANAGEMENT
LIMITED and FAMILY DOLLAR
STORES OF LOUISIANA, INC.

42nd JUDICIAL DISTRICT COURT

DESOTO PARISH, LOUISIANA

## VERIFICATION

STATE OF LOUISIANA

PARISH OF BOSSIER

BEFORE ME, the undersigned authority, personally came and appeared, LEKIA

HENDERSON who being duly sworn, deposed:

That she is the Plaintiff in the above referenced matter; that she has read the

petition and that all of the allegations of fact contained therein are true and correct to the

best of her knowledge, information and belief.

_Lekia Henderson_
LEKIA HENDERSON

SWORN TO AND SUBSCRIBED before me on this the _1st_ day

of _April_, 2011.

_Denise Tolbert_
DENISE TOLBERT, NOTARY PUBLIC
BOSSIER & CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
ID# 49858

LEKIA HENDERSON &
KEVIN HENDERSON

NUMBER: *72505*

VERSUS

RECEIVED & FILED
DESOTO PARISH, LA

2011 APR -5  A 10· 45

PROCTOR & GAMBLE
MANUFACTURING, Individually
And d/b/a CLAIROL, INC., PROCTOR
& GAMBLE DISTRIBUTING, LLC.,
individually and d/b/a CLAIROL, INC.
RISK ENTERPRISE MANAGEMENT
LIMITED and FAMILY DOLLAR
STORES OF LOUISIANA, INC.

42nd JUDICIAL DISTRICT COURT


DESOTO PARISH, LOUISIANA

---

### VERIFICATION

STATE OF LOUISIANA

PARISH OF BOSSIER

BEFORE ME, the undersigned authority, personally came and appeared **KEVIN**

**HENDERSON** who being duly sworn, deposed:

That he is the Petitioner in the above referenced matter; that he has read the

petition and that all of the allegations of fact contained therein are true and correct to the

best of his knowledge, information and belief.


*Kevin J. Henderson*
KEVIN HENDERSON

SWORN TO AND SUBSCRIBED before me on this the *1st* day

of _April_, 2011.


DENISE TOLBA, NOTARY PUBLIC
BOSSIER & CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
ID# 49858.

## CITATION

| | | |
|---|---|---|
| **HENDERSON, LEKIA - ET AL** | | **Case: 00072565** |
| | | **Division: B** |
| *Versus* | | **42nd Judicial District Court** |
| | | **Parish of DeSoto** |
| **PROCTOR & GAMBLE MANUFACTURING - ET AL** | | **State of Louisiana** |

*THE STATE OF LOUISIANA TO:*
    *PROCTOR & GAMBLE MANUFACTURING*
    *INDIVIDUALLY AND D/B/A CLAIROL, INC.,*
    *REGISTERED AGENT:*
    *CT CORPORATION SYSTEM,*
    *5615 CORPORATE BLVD., SUITE 400B*
    *BATON ROUGE, LA 70808*
*of the Parish of EAST BATON ROUGE*

*You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the Forty Second Judicial District Court in the DeSoto Parish Court House in the City of Mansfield in said Parish within fifteen (15) days after the service hereof. THIRTY (30) DAYS IF SERVICE IS BY LONGARM. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.*

*Witness the Honorable Judges of our said Court on this the  5TH day of APRIL , 2011.*

                     **O. L. STONE, JR.**
                     **CLERK OF COURT**
                     BY:_____

                                  *Deputy Clerk of Court*

                        A TRUE COPY - ATTEST

### Service Information

                                      CLERK OF THE DISTRICT COURT
                                      DESOTO PARISH, LOUISIANA

*Received on the* _____ *day of* _____, 20_____ *and on the* _____
_____, 20____ *served the above named party as follows:*

*Personal Service on the party herein named* _____.
*Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of* _____ *this* _____ *day of* _____, 20____.

*Service*    $_____
                    *By:* _____
*Mileage*    $_____               *Deputy Sheriff*

*Total*      $_____

**[ RETURN COPY ]**

## CITATION

| | | |
|---|---|---|
| HENDERSON, LEKIA - ET AL | | *Case:* 00072565 |
| | | *Division: B* |
| *Versus* | | *42nd Judicial District Court* |
| | | *Parish of DeSoto* |
| *PROCTOR & GAMBLE MANUFACTURING - ET AL* | | *State of Louisiana* |

THE STATE OF LOUISIANA TO:
    *RISK ENTERPRISE MANAGEMENT LIMITED.,*
    *REGISTERED AGENT:*
    *CORPORATION SERVICE COMPANY,*
    *320 SOMERULOUS ST.,*
    *BATON ROUGE, LA 70802-6129*
*of the Parish of EAST BATON ROUGE*

*You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the Forty Second Judicial District Court in the DeSoto Parish Court House in the City of Mansfield in said Parish within fifteen (15) days after the service hereof. THIRTY (30) DAYS IF SERVICE IS BY LONGARM. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.*

*Witness the Honorable Judges of our said Court on this the 5TH day of APRIL , 2011.*

O. L. STONE, JR.
CLERK OF COURT

BY: _____
                    *Deputy Clerk of Court*

A TRUE COPY ATTEST

*(signature)*
CLERK OF THE DISTRICT COURT,
DESOTO PARISH, LOUISIANA

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

| | | |
|---|---|---|
| Service | $_____ | |
| | | By: _____ |
| Mileage | $_____ | *Deputy Sheriff* |
| Total | $_____ | |

[ RETURN COPY ]

LEKIA HENDERSON &
KEVIN HENDERSON

VERSUS

PROCTOR & GAMBLE
MANUFACTURING, Individually
And d/b/a CLAIROL, INC., PROCTOR
& GAMBLE DISTRIBUTING, LLC.,
individually and d/b/a CLAIROL, INC.
RISK ENTERPRISE MANAGEMENT
LIMITED and FAMILY DOLLAR
STORES OF LOUISIANA, INC.

NUMBER: 72505

RECEIVED & FILED
DESOTO PARISH, LA

2011 APR -5  A 10 45

42nd JUDICIAL DISTRICT COURT

DESOTO PARISH, LOUISIANA

---

## REQUEST FOR NOTICE

Plaintiffs, LEKIA HENDERSON AND KEVIN HENDERSON in the above

captioned and numbered cause, requests that they be given a minimum of ten (10) days

written notice in advance, through their counsel of record, Summer Bluford,

JACQUELINE SCOTT & ASSOCIATES, 401 Hamilton Road, Suite 110, Bossier City,

La. 71111 and Christopher L. Sices, THE SINGLETON LAW FIRM, 4050 Linwood

Avenue, Shreveport, Louisiana 71108, in accordance with the provisions of Article 1572,

1913 and 1914 of the Louisiana Code of Civil Procedure, of the date that this cause is to

be fixed for trial, settings and argument, motions or hearings and notice of judgment or

partial judgment.

Respectfully Submitted,

JACQUELINE SCOTT & ASSOCIATES, APLC

BY: _____
SUMMER BLUFORD
LBRN:31051
401 Hamilton Road, Suite 110
Bossier City, LA  71111
(318) 746-5997
(318) 746-5998
Attorney for LEKIA HENDRSON


SINGLETON LAW FIRM, LLC.

BY: _____
CHRISTOPHER L. SICES
LABRN: 32049
4050 Linwood Ave
Shreveport, La 71108
(318) 631-5200
(318) 636-7759 (fax)

LEKIA HENDERSON &                NUMBER: 72506
KEVIN HENDERSON

RECEIVED & FILED
DESOTO PARISH, LA

2011 APR -5 · A 10· 45

VERSUS

PROCTOR & GAMBLE                 42nd JUDICIAL DISTRICT COURT
MANUFACTURING, Individually
And d/b/a CLAIROL, INC., PROCTOR
& GAMBLE DISTRIBUTING, LLC.,
individually and d/b/a CLAIROL, INC.
RISK ENTERPRISE MANAGEMENT.
LIMITED and FAMILY DOLLAR        DESOTO PARISH, LOUISIANA
STORES OF LOUISIANA, INC.

---

### PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, through counsel, propounds the following interrogatories and request for production of documents to be answered fully and in writing by defendants: **PROCTOR & GAMBLE MANUFACTURING, individually and d/b/a CLAIROL, INC., PROCTOR & GAMBLE DISTRIBUTING, LLC., individually and d/b/a CLAIROL, INC.**, within thirty (30) days, from the date of service hereof, unless some other time and place is mutually agreed upon by the parties

**INTERROGATORY NO.1:**

In the last ten (10) years, state whether you have been the subject of any lawsuit involving Clairol Balsam Hair Color and Clairol Balsam Color #12 Natural Black.

**INTERROGATORY NO.2:**

If the answer is yes, please provide the following:

a. caption of lawsuit;
b. name(s) of plaintiff(s);
c. final disposition.

**INTERROGATORY NO.3:**

State whether any complaints, of any kind, have been made to you or any other person regarding Clairol Balsam Hair Color products and Clairol Balsam Color #12 Natural Black.

**INTERROGATORY NO.4:**

If the answer to the previous question is yes, please provide the following:

a. name of the individual lodging the complaint;
b. nature of complaint;
c. final disposition of complaint

**INTERROGATORY NO.5:**

1

Provide the formula used for each Clairol Balsam product and Clairol Balsam Color # 12 Natural Black.

**INTERROGATORY NO.6:**

Has the formula changed for any product since it was first marketed? If yes please provide the following:

    a.  changes made;
    b.  ingredients eliminated, reduced, or added;
    c.  date and reason for each change;
    d.  individual authorizing each change;
    e.  custodian of records relating to each change

**INTERROGATORY NO.7:**

List each and every known or potential primary irritant ingredient contained in each Clairol Balsam product and Clairol Balsam Color #12 Natural Black.

**INTERROGATORY NO.8:**

For each ingredient listed above, provide the following:

    a.  date ingredient tested;
    b.  location ingredient tested;
    c.  number of animals used in testing;
    d.  dates, number of subjects and type of skin patch tests;
    e.  individual in charge of each test;
    f.  results of each test;
    g.  custodian of records relating to each test.

**INTERROGATORY NO.9:**

List each and every known or potential allergic sensitizer ingredient used in each Clairol Balsam product and Clairol Balsam Color #12 Natural Black.

**INTERROGATORY NO.10:**

For each ingredient list above, provide the following:
    a.  tests conducted on humans and dates and locations thereof;
    b.  strengths and area of body to which applied;
    c.  frequency of applications and time lapse;
    d.  number of subjects;
    e.  results thereof;
    f.  custodian of records related to each test

**INTERROGATORY NO.11:**

List each and every government regulation and/or standard that you were required to comply with in the design, manufacturing and production of Clairol Balsam products and Clairol Balsam Color #12 Natural Black .

**INTERROGATORY NO.12:**

State whether you failed to comply with any regulation and/or standard in conjunction with the above interrogatory.

**INTERROGATORY NO.13:**

If the answer to the previous questions is yes, please provide the following:

2

a. identification of regulation and/or standard violated;
b. act or omission constituting violation;
c. date of act or omission;
d. person responsible for act or omission;
e. actions taken for violation of regulation and/or standard.

**INTERROGATORY NO.14:**

Provide a complete description of each and every test and/or inspection performed on Clairol Balsam products and Clairol Balsam Color # 12 Natural Black.

**INTERROGATORY NO.15:**

For each test and/or inspection performed on Clairol Balsam products and Clairol Balsam Color #12 Natural Black, provide the following:

a. defects sought or characteristics measured;
b. time and date of test or inspection;
c. stage of completion of the product at time of test or inspection;
d. number of repetition of the test or inspection:
   1. reason for each repetition
   2. stage of product at time of inspection
   3. date and time
e. name of individual, group or organization conducting testing and/or inspection.

**INTERROGATORY NO.16:**

State whether there have been any changes in testing and/or inspection procedures regarding Clairol Balsam products, and Clairol Balsam Color #12 Natural Black, since its first production.

**INTERROGATORY NO.17:**

If the answer to the previous question is yes, provide the following:
a. date procedure changed;
b. nature of change;
c. reason for change;
d. individual responsible for changing procedure;
e. description of change.

**INTERROGATORY NO.18:**

List each and every step of production for Clairol Balsam products and Clairol Balsam Color #12 Natural Black.

**INTERROGATORY NO.19:**

Provide the name, address and job title of each and every person connected with the design and composition of Clairol Balsam products and Clairol Balsam Color #12. State whether any alternative designs were developed for Clairol Balsam and/or Clairol Balsam Color #12.

**INTERROGATORY NO.20:**

If the answer to the previous question is yes, provide the following:

a. description of design;
b. differences from current design;

3

    c.  reason the above design was not selected
    d.  individual responsible for selection

## INTERROGATORY NO.21:

List each and every action taken by you to minimize and/or reduce the risk of allergic reaction resulting from use of Clairol Balsam products and Clairol Balsam Color #12.

## INTERROGATORY NO.22:

Provide the name of the individual(s) responsible for taking measures to minimize and/or reduce the risk of severe allergic reaction resulting from use of Clairol Balsam products and Clairol Balsam Color #12.

## INTERROGATORY NO.23:

Please state the full name and business address of the company, entity or other person was in charge of making manufacturing and distributing decisions for Clairol Balsam products and Clairol Balsam Color #12.

## INTERROGATORY NO.24:

State the full name, business address, telephone number and actual job title of each and every person in Defendant's employ, or former employee, who has/had primary responsibility for developing, designing, manufacturing, testing and/or final approval of Clairol Balsam products and Clairol Balsam Color #12.

## INTERROGATORY NO.25:

Provide the criteria developed by Defendant for production of Clairol Balsam products and Clairol Balsam Color #12.

## INTERROGATORY NO.26:

Provide the name, address and job title of the individual providing responses to these discovery request.

## INTERROGATORY NO.27:

State whether the production and/or sale of any Clairol Balsam product and/or Clairol Balsam Color #12 have been discontinued.

## INTERROGATORY NO.28:

If the answer to the previous question is yes, please provide the following:

    a.  date product discontinued;
    b.  reasons for discontinuing;
    c.  name and title of individual responsible for discontinuing the product(s).

Respectfully Submitted,
**JACQUELINE SCOTT & ASSOCIATES, APLC**

BY:   *Summer Bluford*
**SUMMER BLUFORD**
**LBRN:31051**
401 Hamilton Road, Suite 110
Bossier City, LA  71111
(318) 746-5997/(318) 746-5998 (fax)

4

RECEIVED & FILED
DESOTO PARISH, LA

LEKIA HENDERSON &       NUMBER: 72565
KEVIN HENDERSON

2011 APR -5 : A 10· 45

VERSUS

PROCTOR & GAMBLE          42nd JUDICIAL DISTRICT COURT
MANUFACTURING, Individually
And d/b/a CLAIROL, INC., PROCTOR
& GAMBLE DISTRIBUTING, LLC.,
individually and d/b/a CLAIROL, INC.
RISK ENTERPRISE MANAGEMENT
LIMITED and FAMILY DOLLAR       DESOTO PARISH, LOUISIANA
STORES OF LOUISIANA, INC.

---

## PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

1. Any and all documents or other written material consulted or relied upon by the Defendant or any of its suppliers to support its decision to design, manufacture, and/or sell Clairol Balsam products and Clairol Balsam Color #12.

2. The test results, test protocols or procedures for all Clairol Balsam and Clairol Balsam Color #12.

3. The test results, including raw data of all Clairol Balsam products, designed, manufactured, or sold by the Defendant, whether such testing was done by the Defendant or any other entity.

4. The written test protocol, or procedure for each test done on Clairol Balsam, which was designed, manufactured, or sold by the Defendant, whether such testing was done by the Defendant or any other entity.

5. All written documentation relating to the examination or inspection or testing of Clairol Balsam products and Clairol Balsam Color #12, whether performed by Defendant or another entity.

6. Copies of all internal documents of the Defendant that were utilized by the Defendant to ensure that Clairol Balsam and Clairol Balsam Color #12, was designed, manufactured and sold in accordance with government regulations.

7. Any and all documents used to support your answers to Plaintiffs' First Set of Interrogatories.

8. Any and all documents that you will rely upon at trial in this matter.

Respectfully Submitted,

JACQUELINE SCOTT & ASSOCIATES, APLC

BY: _____
SUMMER BLUFORD
LBRN:31051
401 Hamilton Road, Suite 110
Bossier City, LA  71111
(318) 746-5997
(318) 746-5998(fax)

A TRUE COPY - ATTEST:

_____
CLERK OF THE DISTRICT COURT
DESOTO PARISH, LOUISIANA

5

